<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA DAWN DOWLING, | Civil Action No. 25-14889 (SDW) (JRA) |
| Plaintiff, | |
| v. | **WHEREAS OPINION** |
| THE PEOPLE OF THE STATE OF NEW JERSEY, *et al.*, | September 3, 2025 |
| Defendants. | |

**WIGENTON**, District Judge.

   **THIS MATTER** having come before this Court upon pro se Plaintiff Angela Dawn Dowling's filing of a complaint (D.E. 1) and application to proceed *in forma pauperis* ("IFP") (D.E. 1-1), and this Court having reviewed the IFP application and complaint; and

   **WHEREAS** IFP applications are available to plaintiffs to be excused from paying certain fees for district court proceedings, including those required to commence a civil action; and

   **WHEREAS** Plaintiff's IFP application indicates only that she owns a motor vehicle, is owed no money, has an eighteen year-old child, and spends approximately $680.00 monthly. It is silent as to her income and assets aside from the response "Cyber, Human Trafficking" under "Income source" (D.E. 1-1 at 1); therefore,

   Plaintiff's IFP application is **DENIED WITHOUT PREJUDICE**. Plaintiff shall have thirty (30) days to either pay the filing fee or submit a renewed IFP application that includes sufficient information about Plaintiff's income, expenses, and assets. An appropriate order follows.

                                              /s/ *Susan D. Wigenton*

1

                                                **SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk  
cc:     José R. Almonte, U.S.M.J.  
        Parties